UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself
and all others similarly situated,

                       Plaintiff,

-v-

CUSTOM PERSONALIZATION
SOLUTIONS, LLC,

                       Defendant.

CIVIL ACTION NO.: 20 Civ. 10325 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

On December 10, 2020, this case was referred to the undersigned for General Pretrial Management. (ECF No. 5). The Complaint in this action was served on December 10, 2020 with Defendant's Answer due no later than **Monday, January 4, 2021**. (ECF No. 6); see Fed. R. Civ. P. 6(a)(1)(C). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, January 29, 2021**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Judge Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, February 12, 2021**.

Dated:      New York, New York
               January 22, 2021

                                                        SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**