UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

                          Plaintiff,

         -against-

CUSTOM PERSONALIZATION SOLUTIONS, LLC,

                          Defendant.

**ORDER**

20 Civ. 10325 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on December 8, 2020. (Cmplt. (Dkt. No. 1)) On December 10, 2020, this case was referred to Magistrate Judge Sarah L. Cave for general pretrial supervision. (Dkt. No. 5) Because Defendant had not answered or otherwise appeared in this action, in a January 22, 2021 order, Judge Cave directed Plaintiff to move for a default judgment by February 12, 2021:

> Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, January 29, 2021**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Judge Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, February 12, 2021**.

(Dkt. No. 7) (emphasis in original).

        On January 22, 2021, the Clerk of Court issued a certificate of default as to Defendant Custom Personalization Solutions, LLC. (Dkt. No. 10) To date, Plaintiff has not moved for a default judgment in accordance with Judge Cave's January 22, 2021 order. (See Dkt. No. 7)

        Accordingly, Plaintiff will move for a default judgment by **March 3, 2021,** in accordance with Rule VIII of this Court's individual rules of practice, which are available on the

Court's website.  If Plaintiff does not move for a default judgment by **March 3, 2021**, this case **will be dismissed for failure to prosecute.**

Dated: New York, New York
February 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge